# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2878
_____

Mark Targowski

*Plaintiff - Appellant*

v.

Super 8 Worldwide, Inc., originally named as Super 8 Batesville, doing business
as Super 8 Batesville; Larry Woods; Independence County, Arkansas

*Defendant*s

Zachary Lee Rawlins

*Defendant - Appellee*

John Does, 1-4, In their Individual and Official Capacity; S&S Hospitality 2, LLC

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville
_____

Submitted: September 3, 2019
Filed: September 9, 2019
[Unpublished]
_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.
_____

PER CURIAM.

Mark Targowski appeals the judgment entered by the district court[1] following a jury trial in his 42 U.S.C. § 1983 action asserting Fourth Amendment claims. Having carefully reviewed the parties' arguments on appeal, we find no basis for reversal. *See Patterson v. City of Omaha*, 779 F.3d 795, 801 (8th Cir. 2015) (explaining that, when assessing the findings of the jury, this Court views the evidence in the light most favorable to the jury verdict, assuming as true all facts that the prevailing party's evidence tended to prove); *Craig Outdoor Advert., Inc. v. Viacom Outdoor, Inc.*, 528 F.3d 1001, 1009 (8th Cir. 2008) (stating that a jury verdict is entitled to extreme deference and will not be set aside unless no reasonable jury could have reached the same verdict based on the evidence submitted). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.